# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ST. MARKS PLACE HOUSING COMPANY, INC.;  )
ST. MARKS PLACE ASSOCIATES; STELLAR CP LP;  )
and CASTLETON GP LLC,  )          Case No.
                Plaintiffs,  )    Case: 1:08-cv-00193
                                               Assigned To : Walton, Reggie B.
    - against -                                  Assign. Date : 2/1/2008
                                                   Description: Admn. Agency Review
UNITED STATES DEPARTMENT OF HOUSING  )
AND URBAN DEVELOPMENT; and ALPHONSO  )
JACKSON, AS SECRETARY OF THE UNITED  )
STATES DEPARTMENT OF HOUSING AND  )
URBAN DEVELOPMENT,  )
                Defendants.  )

## FINANCIAL DISCLOSURE STATEMENT OF PLAINTIFF ST. MARKS PLACE HOUSING COMPANY, INC. PURSUANT TO LOCAL CIVIL RULE 7.1

Plaintiff St. Marks Place Housing Company, Inc. files the following Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

> I, the undersigned, counsel of record for Plaintiff St. Marks Place Housing Company, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of St. Marks Place Housing Company, Inc. which have any outstanding securities in the hands of the public.

A/72412945.1

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted this 1st day of February, 2008.

Robert W. Piatt III (D.C. Bar No. 502513)
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001
*Attorney for Plaintiffs*

OF COUNSEL TO PLAINTIFFS:

MEISTER SEELIG & FEIN LLP
Two Grand Central Tower
140 East 45th Street
19th Floor
New York, New York 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535