UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. MARKS PLACE HOUSING COMPANY, INC.;
ST. MARKS PLACE ASSOCIATES; STELLAR CP
LP; and CASTLETON GP LLC

     Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT; and ALPHONSO
JACKSON, AS SECRETARY OF THE UNITED
STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

     Defendants.

Case No. 08-cv-0193/RBW

## NOTICE OF APPEARANCE

**To the Clerk of the Court and All Parties of Record:**

Enter my appearance as counsel in this matter for St. Marks Place Housing Company, Inc., St. Marks Place Associates, Stellar CP LP and Castleton GP LLC.

I certify that I am admitted to practice in this Court.

Dated: February 8, 2008

        /s/ David J. Butler
        David J. Butler
        D.C. Bar # 914473
        Bingham McCutchen LLP
        2020 K Street, NW
        Washington, D.C. 20006
        Phone: (202) 373-6000
        Fax: (202) 373-6001
        david.butler@bingham.com

## CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2008, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record in this matter who are registered on the CM/ECF.

                                           /s/ Robert W. Piatt III

A/72422859.1