UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ST. MARKS PLACE HOUSING COMPANY, INC.; : 
ST. MARKS PLACE ASSOCIATES; STELLAR CP : 
LP; and CASTLETON GP LLC :
:
                  Plaintiffs, :
:
  - against - :
:   Case No. 08-cv-0193/RBW
UNITED STATES DEPARTMENT OF HOUSING :
AND URBAN DEVELOPMENT; and ALPHONSO :
JACKSON, AS SECRETARY OF THE UNITED :
STATES DEPARTMENT OF HOUSING AND :
URBAN DEVELOPMENT, :
:
                  Defendants. :
:

---

## MOTION TO ADMIT STEPHEN B. MEISTER *PRO HAC VICE* PURSUANT TO LOCAL RULE LCvR 83.2(d)

Pursuant to LCvR 83.2(d), Plaintiffs St. Marks Place Housing Company, Inc., St. Marks Place Associates, Stellar CP LP, and Castleton GP LLC, by counsel hereby move for an order admitting *pro hac vice* Stephen B. Meister as counsel for Plaintiffs in the above-captioned matter.

A declaration of Stephen B. Meister in support of this Motion is attached as Exhibit A.

Consent to this Motion could not be obtained because opposing Counsel has not yet been identified by the Defendants.

Respectfully submitted this 8th day of February, 2008.

/s/ David J. Butler
David J. Butler (D.C. Bar No. 914473)
Robert W. Piatt III (D.C. Bar No. 502513)
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
Phone: (202) 373-6000
Fax:   (202) 373-6001

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record in this matter who are registered on the CM/ECF.

/s/ Robert W. Piatt III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARKS PLACE HOUSING COMPANY, INC.; ST. MARKS PLACE ASSOCIATES; STELLAR CP LP; and CASTLETON GP LLC<br><br>Plaintiffs,<br><br>- against -<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and ALPHONSO JACKSON, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 08-cv-0193/RBW |

## EXHIBIT A

### DECLARATION OF STEPHEN B. MEISTER IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE* PURSUANT TO LOCAL RULE LCvR 83.2(d)

In support of the attached Motion to Appear Pro Hac Vice, Stephen B. Meister ("Declarant"), of the law firm Meister Seelig & Fein LLP, fully aware of the penalties of perjury, hereby affirms and declares as follows:

1. <u>Full Name of Declarant</u>: My full name is Stephen Bruce Meister.

2. <u>Declarant's Law Firm</u>: Meister Seelig & Fein, LLP, 2 Grand Central Tower, 140 East 45th Street, 19th Floor, New York, New York 10017. The firm's telephone number is (212) 655-3500, its facsimile number is (212) 655-3535 and Declarant's email address is "sbm@msf-law.com."

3. <u>Bar Admittance</u>: Declarant is a member of the Bar of the State of New York and is also registered to practice before the United States District Court for the Southern District of New York, as well as the United States Court of Appeals for the Second Circuit. Declarant has also previously appeared *pro hac vice* on specific cases before the United States District Courts in New Jersey, Washington State and Ohio, and before state courts in the State of Florida.

4. <u>Member in Good Standing</u>: Declarant is a member in good standing of the Bar of the State of New York, and has not been disciplined or formally censured by any court of record or state bar association. There are no pending disciplinary proceedings against Declarant.

5. <u>Previous Pro Hac Vice Admissions</u>: Declarant has never been admitted *pro hac vice* in this Court.

6. <u>Washington D.C. Bar Affiliation</u>: Declarant does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar nor is an application for Declarant's membership pending.

Dated: New York, New York
        February 7, 2008

_____
Stephen B. Meister

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ST. MARKS PLACE HOUSING COMPANY, INC.; :
ST. MARKS PLACE ASSOCIATES; STELLAR CP :
LP; and CASTLETON GP LLC :
: 
: 
Plaintiffs, :
:
- against - :
: Case No. 08-cv-0193/RBW
UNITED STATES DEPARTMENT OF HOUSING :
AND URBAN DEVELOPMENT; and ALPHONSO :
JACKSON, AS SECRETARY OF THE UNITED :
STATES DEPARTMENT OF HOUSING AND :
URBAN DEVELOPMENT, :
:
Defendants. :
_____:

## ORDER

Upon consideration of the Motion of Plaintiffs, St. Marks Place Housing Company, Inc., St. Marks Place Associates, Stellar CP LP, and Castleton GP LLC, to Admit Stephen B. Meister *pro hac vice*, the accompanying Declaration, and the entire record herein, it is hereby:

ORDERED that the Motion be and hereby is GRANTED, and it is further

ORDERED that Stephen B. Meister be and hereby is admitted *pro hac vice* as counsel for Plaintiffs, St. Marks Place Housing Company, Inc., St. Marks Place Associates, Stellar CP LP, and Castleton GP LLC, in this matter.

This \_\_\_\_ day of February, 2008

_____
Honorable Reggie B. Walton
United States District Judge

COPIES TO:

Stephen B. Meister
Meister Seelig & Fein, LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017