UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARKS PLACE HOUSING COMPANY, INC.; ST. MARKS PLACE ASSOCIATES; STELLAR CP LP; and CASTLETON GP LLC<br><br>Plaintiffs,<br><br>- v. -<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and ALPHONSO JACKSON, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 08-cv-0193/RBW |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs St. Marks Place Housing Company, Inc., St. Mark's Place Associates, Stellar CP LP, and Castleton GP LLC, pursuant to Federal Rules of Civil Procedure 6(b)(1) and the Court's General Order and Guidelines for Civil Cases, respectfully move the Court to extend the deadline for Plaintiffs to file an opposition to the Plaintiffs' Motion to Dismiss the Complaint in this matter to May 5, 2008.

### Background

On April 4, 2008, Defendants United States Department of Housing and Urban Development and Alphonso Jackson filed and served a Motion to Dismiss the Plaintiffs' Complaint in this matter. Under Local Civil Rule 7(b) and Rule 6(e) of the Federal Rules of

Civil Procedure, the deadline for Plaintiffs' opposition to the Motion to Dismiss is Friday, April 18, 2008.

## Argument

With the consent of counsel for Defendants, Plaintiffs respectfully request an extension of time -- to May 5, 2008 -- to respond to the Motion to Dismiss. Pursuant to this Court's General Order and Guidelines for Civil Cases, Plaintiffs allege as follows:

(a)   *the number of previous extensions requested and granted to each party;*

No extensions have been granted previously to any party in this case.

(b)   *the specific grounds for the motion*

Good cause exists to grant Plaintiffs additional time beyond the 14-day deadline otherwise in effect under Local Rule 7(b) and F.R.C.P. 6(e) to respond to Defendants' Motion to Dismiss. This action involves a complex regulatory framework, as evidenced by the numerous authorities cited in Defendants' memorandum of law. The remedy Defendants seek -- dismissal of the complaint -- is a significant consequence. Granting the short extension requested herein will not prejudice the Defendants, who have consented to such extension and the briefing schedule set forth herein.

In addition, Mr. Stephen B. Meister, who is of counsel to Plaintiffs in this action, has been on trial in another matter in New York State Supreme Court for several weeks. Defendants' Motion to Dismiss was served in the evening of April 4th. However, Mr. Meister's trial continued through April 9th, at which time a directed verdict motion was made by the defendants in that case, and Mr. Meister is now busy preparing a written brief in opposition to defendants' motion summarizing the evidence presented throughout the weeks-long trial.

A/72498932.2

2

Furthermore, Mr. Meister is counsel in yet another matter that is scheduled to go to trial in New York State Supreme Court beginning April 28, 2008, and he must begin preparing for that case. Finally, on April 25th, pursuant to a pro hac vice motion pending, Mr. Meister will be appearing in an evidentiary hearing in Florida Circuit Court on April 25th. Mr. Meister thus finds himself in the middle of a hectic trial season, and the additional time requested herein to respond to the Defendants' Motion to Dismiss will provide Mr. Meister, who will be preparing the response to the motion, with much needed additional time to formulate the Plaintiffs' response.

Without a continuance, the Plaintiffs would be prejudiced because Mr. Meister would be under intense pressure in light of his other responsibilities adequately to respond to the Defendants' dispositive motion.

(c)   *a statement of the effect that the court's granting of the motion will have on all other previously scheduled deadlines*

As this matter is in its earliest stages, no scheduling order has been issued in this case, and no deadlines otherwise are in effect. Therefore, no other deadlines would be affected by the granting of this motion.

(d)   *in cases where the motion seeks to extend the deadline for a dispositive motion, a suggested timeline for the filing of the opposition and reply*

Plaintiffs hereby propose that their opposition to Defendants' Motion to Dismiss shall be due on May 5, 2008 (30 days after filing and service of the Motion to Dismiss), and the Defendants' reply shall by due on May 20, 2008 (15 days after the Plaintiffs' opposition).

(e)  *pursuant to Local Rule 7(m), the moving party shall include a statement of opposing counsel's position on the motion*

Counsel for Defendants agreed to this motion during a telephonic conference held on April 7, 2008.

## Conclusion

For the foregoing reasons, the Court should grant this Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss.

Respectfully submitted this 11th day of April, 2008.

                                    /s/ David J. Butler
David J. Butler (D.C. Bar No. 914473)
Robert W. Piatt III (D.C. Bar No. 502513)
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Phone:  (202) 373-6000
Fax:     (202) 373-6001

OF COUNSEL:

Stephen B. Meister (pro hac vice application pending)
MEISTER SEELIG & FEIN, LLP
2 Grand Central Tower
140 E. 45th Street, 19th Floor
New York, NY 10017
Phone: (212) 655-3500
Fax:     (212) 655-3535

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2008, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record in this matter who are registered on the CM/ECF.

                                                 /s/ Robert W. Piatt III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ST. MARKS PLACE HOUSING COMPANY, INC.; ST. MARKS PLACE ASSOCIATES; STELLAR CP LP; and CASTLETON GP LLC,<br><br>Plaintiffs,<br><br>- v. -<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and ALPHONSO JACKSON, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 08-cv-0193/RBW |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

UPON CONSIDERATION of Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, and good cause for the extension having been shown, it is hereby

**ORDERED** that the Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss shall be, and hereby is, GRANTED; and

**ORDERED** that the deadline for Plaintiffs to submit a response to Defendants' Motion to Dismiss is hereby extended to May 5, 2008, and the deadline for Defendants' reply to said response shall be May 20, 2008.

Dated: _____, 2008

_____
Hon. Reggie B. Walton
United States District Judge