# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. MARKS PLACE HOUSING COMPANY, INC.;<br>ST. MARKS PLACE ASSOCIATES; STELLAR CP<br>LP; and CASTLETON GP LLC | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | Case No. 08-cv-0193/RBW |
| UNITED STATES DEPARTMENT OF HOUSING<br>AND URBAN DEVELOPMENT; and ALPHONSO<br>JACKSON, AS SECRETARY OF THE UNITED<br>STATES DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Please withdraw the appearance of Robert William Piatt III as attorney of record for the plaintiffs in the above-captioned matter. As of August 23, 2008, Mr. Piatt no longer will be associated with Bingham McCutchen, LLP, which will continue to represent the plaintiffs in this matter.

Respectfully submitted this 22nd day of August, 2008.

/s/ Robert W. Piatt III
Robert W. Piatt III (D.C. Bar No. 502513)
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
Phone: (202) 373-6000
Fax:   (202) 373-6001

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record in this matter who are registered on the CM/ECF.

/s/ Robert W. Piatt III