UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. MARKS PLACE HOUSING COMPANY, INC.; ST. MARKS PLACE ASSOCIATES; STELLAR CP LP; and CASTLETON GP LLC<br><br>Plaintiffs,<br><br>- against -<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and ALPHONSO JACKSON, AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 08-cv-0193/RBW<br><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of David I. Ackerman as counsel in this case for Plaintiffs St. Marks Place Housing Company, Inc., St. Marks Place Associates, Stellar CP LP and Castleton GP LLC.

/s/ David I. Ackerman
David I. Ackerman (Bar No. 482075)
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
Phone: (202) 373-6000
Fax:    (202) 373-6001

Dated: August 22, 2008
        Washington, D.C.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served on counsel of record by filing the document electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record in this matter who are registered on the CM/ECF.

                                        /s/ David I. Ackerman